# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LEE EDWARD STOKES            PETITIONER

v.        NO. 5:06CV00305 WRW

LARRY NORRIS, Director of the       RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Lee Edward Stokes is denied and dismissed. His motion for appointment of counsel is also denied. Judgment will be entered for respondent Larry Norris.

IT IS SO ORDERED this 27th day of February, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE