IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE EDWARD STOKES                                                                PETITIONER

v.                              NO. 5:06CV00305 WRW

LARRY NORRIS, Director of the                                                    RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris.

IT IS SO ORDERED this 27th day of February, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE