IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LEE EDWARD STOKES, JR**
**ADC # 128987**                                                                                          **PLAINTIFF**

**v.**                                               **5:06CV00305-WRW**

**LARRY NORRIS**                                                                                          **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Reconsideration (Doc. No. 18). Plaintiff requests the Court to Reconsider its February 27, 2007, Order adopting the Report and Recommendations[1] of the Magistrate Judge that found Plaintiff's writ of habeas corpus was time barred.

Plaintiff's Motion is DENIED.

IT IS SO ORDERED this 12th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 15.